O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FINK,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KATHLEEN ALLISON,<br><br>　　　　　Respondent. | Case No. CV 22-07936-CAS (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, the Magistrate Judge's December 9, 2022 Report and Recommendation ("Initial Report"), Petitioner's January 3, 2023 objections, and the Magistrate Judge's March 8, 2023 Final Report and Recommendation ("Final Report"), which includes the analysis and findings from the Initial Report. The Court has further engaged in a *de novo* review of those portions of the Initial and Final Reports to which Petitioner has objected and does not find Petitioner's objections persuasive.

　　　Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action without prejudice.

DATED: March 10, 2023

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE