JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FINK,<br><br>        Petitioner,<br><br>   v.<br><br>KATHLEEN ALLISON,<br><br>        Respondent. | Case No. CV 22-07936 CAS (RAO)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

DATED: March 10, 2023

*Christina A. Snyder*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE